UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNA CANZONERI McCORMICK, et al.,

                Plaintiffs,

-against-

TRIBUNE COMPANY, et al.,

                Defendants.

25-CV-4750 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On December 8, 2011, District Judge Loretta A. Preska barred Plaintiff from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *Canzoneri v. Tribune, A Business Entity*, ECF 1:11-CV-6614, 6 (S.D.N.Y. Dec. 8, 2011). Plaintiff seeks to proceed IFP (ECF 1 at 5-6), but she has not sought leave to bring this action. The Court therefore dismisses this action without prejudice because of Plaintiff's failure to comply with Judge Preska's December 8, 2011 order in *Canzoneri*, ECF 1:11-CV-6614.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:  June 16, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                           Chief United States District Judge