UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNA CANZONERI MCCORMICK, ET AL., | |
| Plaintiffs, | 25-cv-4750 (LTS) |
| -against- | CIVIL JUDGMENT |
| TRIBUNE COMPANY, ET AL., | |
| Defendants. | |

For the reasons stated in the June 16, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 18, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge